FILED
09 OCT 30 AM 8:20
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY:            DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 09CR2847-MMA |
| Plaintiff, ) | |
| v. ) | ORDER AND JUDGMENT OF DISMISSAL |
| RICARDO PEREZ-MORALES, ) | |
| Defendant. ) | |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing, IT IS HEREBY ORDERED that the above entitled Indictment charging the defendant with one count of Attempted Entry After Deportation, in violation of Title 8, United States Code, Sections 1326(a) and (b), returned July 29, 2009, be dismissed without prejudice.

IT IS FURTHER ORDERED that the motion hearing date of November 9, 2009 be vacated.

DATED: 10/29/09

_____
United States District Court Judge
MICHAEL M. ANELLO